**Law Office of Richard A. Altman**
**150 East 56th Street, Suite 12B**
**New York, New York 10022**

**Tel. and Fax 212.633.0123**
**altmanlaw@earthlink.net**
**artesq@earthlink.net**
**www.altmanlaw.nyc**

August 25, 2026

BY ECF
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Spatz v. Stewart et ano.*, Case No. 1:26-cv-05124-PKC

Your Honor:

This office represents the plaintiff Willam Spatz. The Court has scheduled an initial conference for September 2, 2026 at 11:00 am. However, there have been difficulties in effecting service on the defendants. The papers were initially sent by mail, with requests to waive service. When I received no response, I engaged a process server, who was unable to locate the defendants on the addresses which were publicly available. Finally, the individual defendant Stewart was served personally on August 14, and defendant TheaterMania was served via the New York Secretary of State on August 21 (Dkt. ## 11 & 12). Thus, their time to respond has not run, and I have not as yet received any communication from anyone on their behalf.

I would therefore ask the Court to extend the date of the conference until sometime after the defendants' response is due, which would be after September 14, 2026. I will of course inform anyone who appears on behalf of either defendant of the new date.

I appreciate the Court's attention.

Respectfully,

Richard A. Altman

Richard A. Altman

September 2, 2026 conference is adjourned until September 25, 2026 at 10:00 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 8/25/2026

P. Kevin Castel

P. Kevin Castel
United States District Judge